**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-31076

In The Matter of:  DANIEL P PARKER

Debtor

DANIEL P PARKER

Appellant

VERSUS

UNITED STATES OF AMERICA; BILLY VINING;
UNITED STATES TRUSTEE

Appellees

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-834)

July 21, 1997

Before WISDOM, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

AFFIRM.  <u>See</u> 5TH CIR. R. 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.